**John Norfleet WARD, III,
Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the
Virginia Department of Corrections,
Respondent–Appellee.**

No. 01–7778.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 5, 2002.

John Norfleet Ward, III, Appellant Pro Se. Donald Eldridge Jeffrey, III, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

John Norfleet Ward, III, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Ward v. Angelone*, No. CA–00–394–2 (E.D. Va., filed Aug. 29, 2001; entered Aug. 30, 2001). Further, while we grant Ward's motion "to include newly discovered evidence for review with appeal," those materials do not alter our conclusion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*